**NONPRECEDENTIAL DISPOSITION**
To be cited only in accordance with
Fed. R. App. P. 32.1

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted December 28, 2009
Decided January 20, 2010

*Before*

WILLIAM J. BAUER, *Circuit Judge*

RICHARD A. POSNER, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

No. 08-2788

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeal from the United States District |
| *Plaintiff-Appellee,* | Court for the Northern District of Indiana, Hammond Division. |
| *v.* | No. 2:07-cr-00088-JTM-APR-2 |
| | James T. Moody, *Judge.* |
| ERIC L. FRAZIER, | |
| *Defendant-Appellant.* | |

**O R D E R**

Eric Frazier moved to reduce his life sentence based on amendments to the United States Sentencing Guidelines. But under the amended Guidelines, his sentence remains life in prison. The district court's denial of Frazier's motion to reduce his sentence is **AFFIRMED**.